UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

|  |  |
|---|---|
| AMCO INSURANCE COMPANY, A/S/O MCCORKLE WHOLESALE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TAF, INC., D/B/A METTER SPORTS STORE, <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No.: 6:17-cv-22 JRH/GRS ) ) ) ) ) ) ) |

## COMPLAINT

Plaintiff AMCO Insurance Company sues TAF, Inc., d/b/a Metter Sports Store as follows:

### THE PARTIES, JURISDICTION, AND VENUE

1.   Plaintiff AMCO Insurance Company ("AMCO") is a corporation organized under the laws of Iowa, with its principal place of business in Iowa. AMCO is a duly authorized property insurer in the State of Georgia, providing coverage to McCorkle Wholesale, Inc. in connection with a property that is the subject of this Complaint and located at 35 N. Leroy Street, Metter, Georgia 30439.

LEGAL\29167108\2

2. TAF, Inc., d/b/a Metter Sports Store ("TAF") is a Georgia corporation with its principal place of business in Georgia. It may be served upon its registered agent, Turner Fordham, 3 NE Broad Street, Metter, Georgia 30439.

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and there is complete diversity of citizenship between Plaintiff and Defendant.

4. Venue is proper in this jurisdictional district under 28 U.S.C. § 1391(b).

## ALLEGATIONS

5. At all times material to this Complaint, AMCO provided property insurance to McCorkle Wholesale, Inc. for commercial property located at 35 N. Leroy Street, Metter, Georgia 30439 (hereinafter "the Property").

6. On or about November 12, 2015, a fire occurred at the Property, causing extensive damage.

7. At the time of the fire, TAF was a tenant occupying space within the Property.

8. On information and belief, TAF operated a business at the Property that bought, sold, repaired, and/or maintained hunting and fishing supplies, including firearms.

9. The fire occurred as a result of work that Turner Fordham was performing on one of TAF's firearms in connection with TAF's business.

10. Pursuant to its policy of insurance, AMCO indemnified McCorkle Wholesale, Inc. for covered damages arising from the fire in the amount of $1,047,815.11.

11. AMCO is equitably and contractually subrogated to the rights, claims, interests, and causes of action belonging to McCorkle Wholesale, Inc. to the extent of payments made.

## COUNT I – VICARIOUS LIABILITY OF TAF

12. The allegations contained in paragraphs 1 through 11, above, are re-alleged and incorporated herein by reference as if fully set forth below.

13. At the time of the fire, Turner Fordham owned TAF.

14. At the time of the fire, Turner Fordham was the CEO of TAF.

15. At the time of the fire, Turner Fordham was the CFO of TAF.

16. At the time of the fire, Turner Fordham was the corporate Secretary of TAF.

17. At the time of the fire, Turner Fordham was the Registered Agent of TAF.

18. At the time of the fire, Turner Fordham was an employee of TAF.

19. Turner Fordham caused the subject fire while engaging in activities within the course and scope of TAF's business.

20. Specifically, Turner Fordham negligently started the fire by performing work on a firearm, which was a piece of TAF's business inventory.

21. As such, TAF is vicariously liable to McCorkle Wholesale, Inc. (and therefore to AMCO) for Turner Fordham's actions in causing the fire.

22. As a direct, proximate, and foreseeable result of Turner Fordham's actions, for which TAF is vicariously liable, McCorkle Wholesale, Inc. (and therefore AMCO) suffered damages in the amount of $1,047,815.11.

WHEREFORE, Plaintiff AMCO Insurance Company prays that:

A. Process issue and be served upon Defendant compelling it to appear and answer this Complaint;

B. Plaintiff have judgment against Defendant in the amount of $1,047,815.11, plus interest and the costs of this action; and

C. Plaintiff have all other relief allowed by law and equity.

LEGAL\29167108\2

Submitted this 1st day of February, 2017.

                                                s/ David M. Bessho_____
                                                David M. Bessho
                                                Georgia Bar No. 055784
                                                David A. Terry
                                                Georgia Bar No. 051508
                                                *Attorneys for Plaintiff*

**COZEN O'CONNOR**
Promenade II, Suite 400
1230 Peachtree Street N.E.
Atlanta, Georgia  30309
Telephone: (404) 572-2000
Facsimile: (404) 572-2199
DBessho@cozen.com
DTerry@cozen.com

5