AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

AMCO INSURANCE COMPANY, A/S/O
MCCORKLE WHOLESALE, INC.,

    Plaintiff,

v.

TAF, INC. d/b/a METTER SPORTS STORE,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV617-022

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's order of September 26, 2018, granting Plaintiff AMCO Insurance Company, A/S/O McCorkle Wholesale, Inc.'s Motion for Partial Summary Judgment, judgment is hereby entered in the amount of $886,792.83 in favor of Plaintiff AMCO Insurance Company, A/S/O McCorkle Wholesale, Inc. and against Defendant TAF, Inc. d/b/a Metter Sports Store.

September 26, 2018
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03